UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 2:17-cv-11033-RSW |
| v. | ) |
| **N Dahlmann Knollwood LLC**, a Michigan limited liability company, | ) Judge: Magistrate Judge R. Steven Whalen |
| **And** | ) |
| **HOBBS KNOLLWOOD LLC,** a Michigan limited liability company | ) |
| Defendants. | |

## STIPULATION

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated:  December 1, 2017

*/s/ Owen B. Dunn, Jr.*

Owen B. Dunn, Jr., MI Bar no. P66315
Law Offices of Owen Dunn, Jr.
4334 W. Central Avenue, Suite 222
Toledo, Ohio 43615
V:  (419) 241-9661  F:  (419) 241-9737
dunnlawoffice@sbcglobal.net
Attorney for Plaintiff

Dated:  December 1, 2017

*/s/ James A. Fajen*

James A. Fajen
Fajen and Miller, PLLC
3646 West Liberty
Ann Arbor, MI 48103
Phone - (734) 995-0181
Fax - (734) 995-0184
Email: fajenlaw@fajenmiller.com
Attorney for Defendants

## ORDER

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice and without costs.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated:  December 19, 2017                                        s/R. Steven Whalen
                                                                          Magistrate Judge R. Steven Whalen
                                                                          United States District Magistrate Judge